# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

CARLOS SANCHEZ-VILLEGAS, et al.,

          Petitioners,

   v.

LAURA HERMOSILLO, et al.,

          Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number 2:26-cv-00685-TMC

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED with the relief ordered at Dkt. 12.

Dated March 5, 2026.

Joshua C. Lewis
Clerk of Court

/s/Bridget Peterson
Deputy Clerk